IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LISA ORTIZ,

    Plaintiff,

vs.                                                            1:18-cv-00499-RB-LF

BLOOD SYSTEMS, INC.,

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on July 16, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 10), filed on June 26, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 12), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge